| B104 (3/87) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | |

| PLAINTIFFS<br><br>**Bank One Delaware, NA f.k.a. First USA** | DEFENDANTS<br><br>**David N. Portnoy** |
|---|---|
| ATTORNEYS<br>Warren E. Agin, Esq.<br>Swiggart & Agin, LLC<br>Two Center Plaza, Suite 510<br>Boston, MA 02108<br>(617) 742-0110 x233 | ATTORNEYS<br>Nina M. Parker<br>Parker & Associates<br>10 Converse Place<br>Winchester, MA 01890 |

PARTY (Check One Only)   ____ U.S. PLAINTIFF   ____ U.S. DEFENDANT   __X__ U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S STATUTES INVOLVED)

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS
11 U.S.C. SECTION 523**

**NATURE OF SUIT**
(Check the most appropriate only)

| | | |
|---|---|---|
| ____ 454 To recover money of property<br>____ 435 To determine validity, priority, or extent of a lien or other interest in property.<br>____ 458 To obtain approval for the sale of both the interest of the estate and of co ownership in property.<br>____ 424 To object to or revoke a discharge or interest 11 U.S.C. Section 727. | ____ 435 To revoke an order or confirmation of Chap. 11 or Chap. 13 Plan.<br>_X__ 426 To determine the dischargeability of a debt 11 U.S.C. Section 523.<br>____ 434 To obtain an injunction or other equitable relief.<br>____ 457 To subordinate any allowed claim or interest | ____ 456 To obtain a declaratory judgment relating to any of the foregoing causes.<br>____ 459 To determine a claim or cause of action removed to a bankruptcy court.<br>____ 498 Other(specify) |

| ORIGIN OF PROCEEDINGS (Check one only)<br><br>__X__ Original Proceeding    ____ Removed Proceeding    ____ Transferred to another Bankruptcy Court    ____ Reinstated or Reopened | ____ CHECK HERE IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|

| DEMAND<br>$9,100.00 | NEAREST THOUSAND<br>$9 | OTHER RELIEF SOUGHT<br>Attorney fees & costs | ____ Jury Demanded |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br><br>**David N. Portnoy** | BANKRUPTCY CASE NUMBER<br><br>**04-10543-JNF** |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>**MASSACHUSETTS** | DIVISIONAL OFFICE<br>**BOSTON** | NAME OF JUDGE<br>**Joan N. Feeney** |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE
(Check one only)    __X__ FEE ATTACHED    ____ FEE NOT REQUIRED    ____ FEE IS DEFERRED

| DATE<br>**March 4, 2004** | PRINT NAME OF ATTORNEY<br>**Warren E. Agin, BBO # 554242** | SIGNATURE OF ATTORNEY<br>**/s/Warren E. Agin** |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>David N. Portnoy,<br><br>    Debtor. | Case No 04-10543-JNF<br><br>Chapter 7 |
| Bank One Delaware, NA f.k.a. First USA,<br><br>    Plaintiff,<br><br>v.<br><br>David N. Portnoy,<br><br>    Defendant. | Adv. Pro. No. _____<br><br>**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS<br>(11 U.S.C. §523)** |

Plaintiff, Bank One Delaware, NA f.k.a. First USA, through its attorney of record, Warren E. Agin, states as follows:

## I.  PARTIES AND JURISDICTION

1. Plaintiff is a foreign corporation licensed to do business in the Commonwealth of Massachusetts with all fees and licenses paid, and otherwise is entitled to bring this action.

2. Defendant filed a Chapter 7 bankruptcy petition on 01/23/2004.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. §523; this matter is a core proceeding.

4. Plaintiff is a creditor in this bankruptcy proceeding.

## II. CAUSE OF ACTION

5. Plaintiff re-alleges and incorporates by reference the allegations set forth in averments 1 through 4, above.

6.  Defendant had a charge account with Bank One Delaware, NA f.k.a. First USA, Account No. xxxx-2538.

7.  Defendant incurred charges and cash advances on this account totaling $30,994.80, including interest, as of the date the bankruptcy petition was filed. This account was opened September 7, 2001.

8.  On or about September 3, 2003, Defendant incurred a $9,100.00 in cash advance and/or convenience check charges.

9.  As a result of the above activity, the account credit limit was exceeded.

10. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

11. By obtaining and/or accepting extensions of credit from Plaintiff and incurring charges on this account, Defendant represented an intention to repay the amounts charged.

12. Plaintiff justifiably relied on the representations made by Defendant.

13. Defendant incurred the debts when Defendant had no objective or subjective intent to repay them, or with reckless disregard of their ability to repay them.

14. Defendant obtained credit extended from the Plaintiff by false pretenses, false representations and/or actual fraud.

15. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $9,100.00.

16. The Cardholder Agreement in effect between the parties requires the Defendant to pay costs of collection, as well as reasonable attorney fees.

17. Pursuant to 11 USC § 523(a)(2), Defendant should not be granted a discharge of this debt to the Plaintiff in the amount of $9,100.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $9,100.00, plus accrued interest at the contractual rate from and after 01/23/2004, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3. An order awarding Plaintiff attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED April 16, 2004.

Bank One Delaware, NA f.k.a. First USA,

By its Attorney,

**Swiggart & Agin, LLC**

/s/Warren E. Agin
Warren E. Agin, BBO # 554242
Two Center Plaza, Suite 510
Boston, MA 02108
(617) 742-0110 x233
fax: (617) 723-2830
wea@swiggartagin.com

## DECLARATION OF WARREN E. AGIN

I, WARREN E. AGIN, declare and state as follows:

1.  I am an attorney licensed to practice in Commonwealth of Massachusetts. Swiggart & Agin, LLC is counsel for Bank One Delaware, NA f.k.a. First USA and I am familiar with the matters herein stated by virtue of my review of and familiarity with Plaintiff's records generally, and those pertaining particularly to this matter.

2.  This Statement of Corporate Ownership is provided pursuant to the requirements of Federal Rules of Bankruptcy Procedures Section 7007 and no entity directly or indirectly owns Ten Percent (10%) or more of a class of the corporation's equity interest.

3.  Any further changes that would require notification to the court will promptly be provided by an Amended Statement of Corporate Ownership.

DATED April 16, 2004.

/s/Warren E. Agin
Warren E. Agin, BBO # 554242
Two Center Plaza, Suite 510
Boston, MA 02108
(617) 742-0110 x233
fax: (617) 723-2830
wea@swiggartagin.com