# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>David N. Portnoy,<br><br>    Debtor. | Chapter 7,<br>Case No. 04-10543-JNF |
| Bank One Delaware, NA f.k.a. First USA,<br><br>    Plaintiff,<br><br>v.<br><br>David N. Portnoy,<br><br>    Defendant. | AP. No. 04-1135<br><br>**ORDER AND JUDGMENT OF NONDISCHARGEABILITY** |

The Court has considered the pleadings and the STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN AND AGREEMENT FOR JUDGMENT executed by the parties. Final judgment is hereby entered ordering the sum of **$9,100.00** to be nondischargeable pursuant to 11 U.S.C. Section 523(a)(2) as against Debtor, David N. Portnoy, and in favor of Bank One Delaware, NA f.k.a. First USA  The terms of the STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN AND AGREEMENT FOR JUDGMENT executed by the parties are incorporated herein by reference.

    DONE AND ORDERED THIS _____DAY OF _____, 2004, AT BOSTON, MASSACHUSETTS.

_____
Honorable Joan N. Feeney
United States Bankruptcy Judge